**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 26-1396**

---

In re: ROBERT K. DECKER,

　　　　　Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Baltimore.  (1:25-cv-04014-PX)

---

Submitted:  June 25, 2026                           Decided:  June 30, 2026

---

Before BENJAMIN and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Robert K. Decker, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert K. Decker petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 petition.  He seeks an order from this court directing the district court to act.  The present record does not reveal undue delay in the district court.  Accordingly, we deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*